# ARTICLE III DISTRICT COURT OF THE UNITED STATES
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**David Young de God**
**Claimant/Petitioner**

vs.                                    Case No. **3:21 – CV-0919 –TKW-HTC**

**WELLS FARGO BANK, N.A. AND**
**CHARLES W. SCHARF; acting**           **NOTICE OF APPEAL**
**CEO/ President in his private,**
**public, OFFICIAL/CORPORATE**
**CAPACITY, ET AL.**
          **RESPONDANTS**

---

### Notice of Appeal

I, David Young de God, Notice of Appeal to District Court's decision to file Petition as a Complaint

I, David Young de God with no middle name, am giving notice of appeal of the district court's decision to mandate the filing of a Petition to Enforce Judgement into filing it as a Complaint.

David Young de God

### FLORIDA NOTARIAL CERTIFICATE
### (JURAT)

STATE OF FLORIDA
COUNTY OF OKALOOSA

Sworn to (or affirmed) and subscribed before me this **20th** day of **August, 2021**, by David Young de God.

(Seal)

Signature of Notary Public
My Commission expires: **24 NOV 2023**

Jordan Melvin
Print, Type or Stamp Name of Notary

Personally Known: AND/OR Produced Proper Identification: X
Both



FILED USDC FLND PN
AUG 23 '21 PM2:34   GM

