3:21cv919-TKW-HTC

# OBJECTION TO REPORT AND RECOMMENDATION

Comes Now, David Young de God, herein referred to as Claimant, to object to the Report and Recommendation, herein referred to as R&R. Many of the arguments made in the R&R are erroneous and self-defeating. On page one the Judge is granting a name change from Complaint to Petition. However, the issue is not the title of a document but the type of filing as a Complaint as opposed to a Miscellaneous filing. A complaint is considered an unsettled matter. The arbitration is final and binding as per contract see "Counter-Offer # 116-97-90390© with Terms and Conditions" which is the legal and valid contract agreement to arbitrate filed 10 August 2021.

The Court erroneously forced the filing as a Complaint when it is just a Miscellaneous filing to confirm an arbitration award. The Claimant attempted to appeal the forced filing of a Complaint and the Court claimed it is not an appealable matter. The Claimant disagrees. The Claimant has a resolution through arbitration and needs not file a Complaint or lawsuit. The Claimant is making a claim and not an argument. Judge Hope Cannon has called the arbitration bogus. The Judge acknowledged the Federal Arbitration Act yet ignores its requirements. The FAA's requirement for an arbitrator is to be neutral.

Any mention of Sovereign Citizen Movement is moot as neither Claimant nor the Arbitrators are claiming to be sovereign citizens no matter how they spell

their names. And the term alone "sovereign citizen" used only by the Magistrate Judge Hope Cannon, is an oxymoron. Explain how one can be sovereign and citizen at the same time. Judge Cannon reached a conclusion by a written name or signature, not supported by any testimony or evidence, only using the claim of another irrational court. One has to ask, does a declaration of truth, testimony, or evidence matter in the District Courts anymore. It appears that Judge Cannon is acting as a profiling racists. Would Judge Cannon consider this signature [signature] as disqualifying? Using Judge Cannon's irrational, profiling logic the person with this signature should have never been allowed to be the Secretary of Treasury of the United States of America. A Declaration of Truth from the Arbitrators is in the record.

Furthermore, the FAA does not require Arbitrators to have or carry a bar card or membership into the BAR union. The FAA does not require a relationship with the corporate or de jure court. The FAA does not require LAMP to be incorporated. The FAA doesn't specifically bar Judge Cannons' term "sovereign citizen" for what it's worth. This statement is not an endorsement of "sovereign citizen." The bible says to stay out of court and seek resolution by gathering two or three people to hear your matter. The claim that the American arbitrators in common law has no authority, is erroneous, and not supported by any law, conclusion of law, or constitutionally is irrational, delusional, and is contrary to the

Federal Arbitration Act, FAA, and the Supremacy Clause of the United States Constitution.

The Judge or the Respondent must rebut the filed Notice and Memorandum of Law or answer the filed Show Cause questions to demonstrate there is any standing in law as to the claim of arbitrators lacking authority. Provide the law that prohibits the arbitrators from doing so because a Judge is not allowed to engraft their own opinion, presumption, or Rules of Civil Procedure to dismiss the arbitration. A hierarchy of law exists granting LAMP, Lawful Arbitration Mediation American People authority.[1] The 10th amendment of the Constitution[2] and the Federal Arbitration Act[3] allows for independent people to be lawful arbitrators. Congress was authorized by the people to constitute tribunals inferior to the Supreme Court which is the only Court explicitly given judicial authority by the people other than that which might be established from time to time by Congress. See the following grants of authority in the Constitution of the United States:

---

[1] A legal hierarchy of laws. In the U.S. system of constitutional government, the hierarchy of laws includes constitutional law, legislative or statutory law, and administrative or regulatory law. The legal hierarchy means that not all laws are created with equal authority. Constitutional law overrules the other kinds of laws. In terms of the basic elements of the hierarchy, a constitution and its constitutional law, states the grounding legal and democratic principles that its government is obligated to uphold, and because of this constitutional law, is considered the supreme law in the U.S. system of constitutional government; to which all other laws must adhere. Respect for the hierarchy of laws is fundamental to the rule of law, as it dictates how the different levels of law will apply in practice. In general, the fundamental levels of hierarchy consist of: a Constitution and Constitutional law.

[2] The Tenth Amendment's simple language—"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people"—

[3] Federal Arbitration Act, a positive law passed by congress in 1925.

Amendment XIV, Section 1, All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are Article 1 Section 8 Clause 9 To constitute tribunals inferior to the Supreme Court; Article III Section 1. The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

Above there are two important things to be understood. Federal District Courts are not mentioned in the constitution. They are legislatively created courts that are created by the acts of Congress and are inferior to the Supreme Court. Yet, Article 1 Section 8 Clause 9, allows the Congress to constitute tribunals inferior to the Supreme Court. If the Federal Court is created by the Congress and its Judgements are accepted as valid and enforceable, it is also necessary to follow the other methods that are created by and authorized by the Federal Congress.

Many people have been led to believe that the Federal Court is the only method to deal with disputes outside of the state courts. Congress however established a law which authorized independent arbitrators to be able to hear matters based on their overarching commerce clause in the constitution. See the 1925 Federal Arbitration act below, which is established by positive law of the Congress:

<u>Title 9, US Code, Section 1-14</u>, was first enacted February 12, 1925 (43 Stat. 883), codified July 30, 1947 (61 Stat. 669), and amended September 3, 1954 (68 Stat. 1233). Chapter 2 was added July 31, 1970 (84 Stat. 692), two new Sections were passed by the Congress in October of 1988 and renumbered on December 1, 1990 (PLs669 and 702); Chapter 3 was added on August 15, 1990 (PL 101-369); and Section 10 was amended on November 15.

The FAA is a Congressionally Authorized legal process for an alternative Tribunal to hear issues that fall under the commerce clause of the Constitution and that anyone under the jurisdiction of the United States as Citizens are bound to view this process in the scope of the original intent of the United States Congress. Not only does the Congress favor Arbitration awards, but they have used congressional power to authorize private Tribunals to make awards (judgements) that are declared by the power of Congress to be Legal, Valid, and Enforceable.

The Claimant was forced to file a Complaint under duress instead of a Miscellaneous filing to confirm a lawful Award. Since Mr. Charles W. Scharf; acting CEO/ President in his private, capacity and Wells Fargo Bank, N.A., the Respondents, herein Respondents, have not challenged the award within the three months after Award was rendered which is allowed by the FAA. The Respondents are time barred from seeking the Motion to Dismiss with Sanctions and is moot according to law, jurispriudence, and due process. "The Claimant has the absolute right to confirmation of an unchallenged arbitration award by summary motion process" <u>Florasynth, Inc. v. Pickholz. 750 F. 2d 171, 175,-76 (2d Cir. 1984).</u>

The Judge claims that LAMP is a "non-existent entity" and goes on to cite three other LAMP cases proving LAMP is not a "non-existent entity." Regarding the three cases cited; in the *__Lankford__* case the court said there was no contract to arbitration so there was no valid agreement to arbitration (page 9 of R&R), which was a true statement. The agreement was not in the court record, however an agreement does exist and put in the record in the Motion to Reconsider and ignored by the court. The case is currently under appeal. This is not a LAMP issue it is a Claimant issue. LAMP does not seek confirmation and cannot be responsible for Claimant's filings in other courts.

In the *__Akrabian__* case the judge three times gave opportunity to explain why the court had jurisdiction. Yes, during the injunctive phase the Judge said arbitration was without merit. However, during the confirmation phase the judge said he lacked jurisdiction and dismissed without prejudice, what he previously claimed was without merit and bogus. If the Court had no jurisdiction to confirm the award, how did the court have jurisdiction to deny injunctive relief. The court should have said it has no jurisdiction to grant or deny. The court is conflicted in its thinking and Judge Cannon conveniently ignores the inconsistency and leans to disfavor the arbitration.

The *__Melicia__* case is similar as the judge gave twenty days to prove the arbitration is not bogus. Looks like *__Melicia__* failed to respond or provide a proper

argument and again the case was dismissed **without prejudice** allowing the ability to try again or elsewhere in another court.

Judge Cannon is only considering half the matter and ignoring the fact that one case is in appeal and the other two cases were given an opportunity at another chance and neither of them were frivolous. If the courts are saying the arbitration is bogus and without merit, why not dismiss with prejudice. This is a mighty important fact that Judge Cannon prefers to ignore and not acknowledge. Judge Cannon has not provided any law to support the R&R, just other bogus, hostile opinions. Opinions, presumptions, and beliefs that are not to be engrafted into the Federal Arbitration Act.

Judge Cannon states there is no agreement to arbitration. This is based on the Respondents' denial of an agreement and no actual fact. However, the evidence states otherwise another fact that Judge Cannon doesn't want to see. There is an agreement to arbitrate the matter. The agreement is unambiguous and filed into the record on 10 August 2021. Titled "Counter-Offer # 116-97-90390© with Terms and Conditions. The arbitrators stated there is an agreement in the record which should be good enough because the arbitrators do not have an obligation to the court to explain their findings. *When the parties' contract delegates the arbitrability question to an arbitrator, **a court shall not override the contract**. In those circumstances, a court possesses no power to decide the arbitrability issue. That is*

*true even if the court thinks that the argument that the arbitration agreement applies to a particular dispute is wholly groundless."* **_Henry Schein Inc. v. Archer and White Sales Inc. (2019)._**

The Judge cites three elements necessary for agreement to be present which are offer, acceptance, and consideration. All these elements exist in the agreement to arbitrate. The "Counter-Offer # 116-97-90390© with Terms and Conditions" herein CO, is the contract agreement to arbitrate, is in the record filed into court on 10 August 2021 being first attachment the Counter-Offer in Claimant's "Motion of Objection to Defendants/Respondents' Motion for Sanctions'.

A long term relationship existed between Claimant and Respondents justifying the CO. The Respondents have a fiduciary duty to respond and are required by UCC contract law. The CO clearly spells out the arbitration clause and what Respondents needed to provide to settle the matter without arbitration.

The "Counter-Offer # 116-97-90390© with Terms and Conditions" which is the Arbitration Agreement Contract states that should the Respondents fail or refuse to answer it would be considered their legal agreement to arbitration. Respondents failed to answer and agreed by their course of performance being tacit acquiescence UCC 2-208.[4]

---

[4] **Any course of performance accepted or acquiesced in without objection shall be relevant to determine the meaning of the agreement. UCC 2-208**

***Silence may operate as an acceptance under the rule stated in the Restatement (Second) of Contracts 69(1)(b) "where the offeror has stated or given the offeree reason to understand that assent maybe manifested by silence or inaction, and the offeree in remaining silent and inactive intends to accept the offer".*** Golden Eagle Ins. Co. v. Foremost Ins. Co. (1993) 20 CA 4th, 1372, 1385, 25 CR2d 242.

The Respondents were presented with the CO, two Opportunities to Cure, a Default Notice, a Notice of Arbitration and Hearing, and a final Default Notice. The Respondents were silent. Every day contract terms are changed by people's failure to object. Tacit acquiescence is a respected doctrine in every courthouse on the land and default judgements are probably issued every day because of peoples' failure to respond or tacit acquiescence.

This Court appears to be holding a different standard for regular American people as compared to corporate entities and their Attorney representatives. It is erroneous and frivolous to say there is no agreement to arbitrate because by the standards the courts in America operate, the same standards were applied in this matter. Read the Counter-Offer # 116-97-90390© with Terms and Conditions filed into the record on 10 August 2021.

Judge Cannon says *"given the striking similarities between Plaintiff's petition and the above cases, the undersigned finds this action to be completely*

*frivolous."* This is an ignorant, preposterous, erroneous, and frivolous statement. *__Lankford__* sought injunctive relief and the respondents moved against it **within the three month time frame allowed** by the FAA Title 9. *__Lankford__* did not have the agreement to arbitration in the case file at the time of the ruling. *__Lankford__* is currently under appeal. In this instant matter the Claimant is seeking confirmation. The Respondents were time barred about March 30, 2021, according to the FAA Title 9 section 12 and the Claimant in this matter has the agreement to arbitration in the case record. See filing on 10 August 2021. The matter is not similar.

The only similarity with these four cases is that they involve an arbitration Award issued by LAMP. Again, LAMP has nothing to do with the Claimant's actions after the Award is issued. But using the Judges' logic and relying on the apparent Judges' parameter we could jump to another conclusion that looks like this; September 28, 2021 the Wall Street Journal reports that 131 United States District Court judges will be charged with corruption involving their interests in the banking industry.

Instead of looking at what is similar let's look at what is the same. Number 1, Judge Cannon sits in the same position as a "judge." Number 2, Judge Cannon is also a district court judge. Number 3, the matter involves the banking industry. The "same" is a stronger position than "similar." As the above three points are the same, can we conclude that Judge Cannon is a corrupt district court judge

interested in protecting the banking industry? Judge Cannon maybe required to exercise such logic that is why it is necessary for the American People to use alternative dispute resolutions to obtain justice and due process pursuant to the FAA. Where the facts can be heard rather than extrapolating assumptions and presumptions from matters unspoken.

Lastly past lawsuits, complaints, or claims are moot. None of the Claimant's litigations in either State or Federal courts were worded as WITH PREJUDICE or FRIVOLOUS.

The two State court cases the Claimant won and was awarded the return of the documents requested. Claimant could again provide those documents as proof with the blue ink hand writing from Judge Ward on the face of the two Mortgage Documents which are filed into this case. See filing on 10 August 2021.

Judge Ward than dismissed the action because Claimant allegedly received what was sued for in the state court. However, eventually after further inspection the documents are proven to be fraudulent and forgeries. The Claimant then took the matter to federal court. Judge Ward did not call it a frivolous action. Judge Cannon, is the only one calling it frivolous. It's appearing evident that Judge Cannon is projecting a hostility toward the Claimant because Judge Cannon's claims simply did not happen.

The two federal cases were dismissed without rebuttal because Claimant was out of the Country with the Respondents' Attorneys having knowledge sent Claimant the Court orders 30 days after the orders were written to keep Claimant from rebutting, objecting, or appealing either court case. Claimant was then time barred after 15 days from objecting, rebutting, or appealing these court orders. The same is true with Respondents being time barred in this matter.

None of the Claimant's federal cases were dismissed with prejudice or were called FRIVOLOUS. Why is this? Judge Cannon says "all Claimant's filed court cases are frivolous" under the "SOVEREIGN CITIZENS MOVEMENT" and yet this movement has not been verified or proven to exist.

The spelling of a man or woman's name does not prove that they are part of any "Sovereign Citizen Movement" theory or are anti- government. These American people follow the law no matter how they spell their names; otherwise, they would be in the private prison system. Is this not so?

Judge Cannon wants Claimant barred from filing any more court cases without hiring an Attorney. The People are supposed to have access to the courts and be allowed to present their own case without hiring a B.A.R. Attorney. Forcing someone to have an Attorney to respond, challenge, defend, or in some way interact in the court is a felony under Taft Hartley, running a closed union shop.

The evidence is great that Judge Cannon is seeking and creating a narrative and acting hostile toward the arbitration. In 1984, the Supreme Court declared that Congress's essential purpose for enacting the FAA was to overcome the 'old [judicial] hostility toward arbitration.' (Southland Corp. v Keating, 465 U.S. 1, 14 (1984)). The United States Supreme Court has since issued multiple decisions implementing a broad 'national policy favoring arbitration' (Southland, 465 U.S. at 10) under the FAA that requires all courts in the United States to strictly enforce agreements to arbitrate and arbitral awards, while limiting judicial interference with the arbitral process under the Federal United States Constitution Supreme "law of the land" which is common law. LAMP Arbitration carries the seal of this unincorporated Constitutional common law consistent with the United States Supreme Court and FAA.

**Regarding the Sovereign Citizen Movement and Terminology**

The Banks created Sovereign Citizen Movement stating that sovereigns are anti-government protesters, do not believe in following the law, and sovereigns who claim they are not Citizens ignore the law which establishes the Territorial Federal Constitution as the common "law of the land" and the United States

Supreme Court as the ultimate authority to interpret it. Yet there is no law that states the Sovereign Citizens Movement exists.

What are laws? The United States Supreme Court decision in Self v Rhay, 61 Wn (2d) 261 states that common law is the real law, the Supreme "Law of the land", the code, rules, regulations, policy, and statutes are "not the law" ; Flournoy v First Nat. Bank of Shreveport, 197 La. 1067, 3 So. ... Wash.2d 443, 110 P.2d 162, 165 states a STATUTE is not a law; and the United States Supreme Court case of RODRIGUEZ v. UNITED STATES (1987), No. 86-5504 states that All codes, rules, and regulations are unconstitutional and lacking in due process. The United States Territorial Federal Constitution 9th and 10th Amendments states that Federal or State Legislature makes the laws with no mention of the judicial or court system making laws. Therefore, Judge Cannon cannot rely on Respondents' cited court cases as law or proof of LAMP being non-existent or bogus.

Judge Cannon has not **provided** any law or reasonable rational argument to justify the courts attack on the arbitration. Is Judge Cannon a Sovereign Citizen because it appears Judge Cannon is doing what she is projecting on the Claimant? Judge Cannon is not following the law and United States Supreme Court rulings. The U.S. Supreme Court is clear and has explained, "[t]here is nothing malleable about 'must grant,' which unequivocally tells court to grant confirmation in all

cases, except when one of the 'prescribed' exceptions applies."[5] A Judicial review of an arbitrator's award is extremely limited, and the court must accept the arbitrator's credibility of determinations, even where there is evidence and room for choice exists.[6] "An arbitrator's award should not be vacated for errors of law and fact committed by the arbitrator and the courts should not attempt to mold the award to conform to their sense of justice.[7]

If claimant did not believe in the supreme common law of the land, why has Claimant brought this miscellaneous petition to the District Court of the United States for confirmation for award judgement, due process, and justice pursuant to the Supremacy clause and FAA?

Any mention of the "SOVEREIGN CITIZEN MOVEMENT" or "Domestic Terrorist" should be stricken from all Claimant's court records and orders immediately as invalid and hearsay.

Also, is it not true that the judge wears two hats? One as the corporate administrator and the other as a man or woman in common law and anyone who knows this is labeled a sovereign citizen or even domestic terrorist? In <u>Hooven and Allison Co. V. Evatt, 34 U.S. 652,</u> the U.S. Supreme Court said there was more than one definition of the United States. The question begs to be asked. Is

---

5 *Hall St. Assocs. LLC v. Mattel, Inc.*, 552, U.S. 576, 587 (2008).
6 *Matter of Long Is. Ins. Co. v. Motor Vehicle Accident Indemnification Corp.*, 57 AD3d 670, 869 NYS2d 195 (2nd Dept., 2008).
*White v. Roosevelt Union Free School District Board of Educ.*, 147 AD3d 1071, 48 NYS3d 220 (2nd Dept., 2017).
7 *Aftor v. Geico Insurance Co.*, 110 AD3d 1062, 974 NYS2d 95 (2nd Dept., 2013).

the Supreme Court part of a "SOVEREIGN CITIZEN MOVEMENT"?

**Conclusion**

In this matter the Claimant has been profiled, harassed, inaccurately judged and labeled. The Claimant has only invoked the tools available to seek a remedy. Nothing illegal, unlawful, immoral, or unethical was requested or done. Dollar amounts are arbitrary and the Respondents were well aware of what the Claimant was seeking in lieu of the return of the Claimant original documents in the arbitration agreement contract. No judge or banker could honestly deny that the original documents sought belong to the Claimant as the creator and owner by Claimant's signature.

The Claimant can determine a value just as one may pay millions of dollars for a piece of art, a baseball card, a rare coin, or any other original item. The Claimant's documents are rare to the Claimant and the one thing in this matter that is truly "non-existent" are the Claimants original documents which have been destroyed under the double dipping rule of the Securities Exchange Commission upon mortgage securitization. The law allowed plenty of time for the Respondents to challenge the Claimants' claims and for some reason they failed to challenge the Award until it was too late; therefore, Respondents are time barred.

Lastly Judge Cannon recommended the Defendants' "Motion to Dismiss Plaintiff's Complaint with Prejudice" be granted with prejudice. The error here is that no Complaint should have been filed. It was a forced and coerced filing of the Complaint and by law need not be. The confirming of an Award after the three month time bar is a simple miscellaneous filing which is not a Complaint. Changing the name on a document back to Petition is not the same as changing the action filed into the court as a Miscellaneous filing. Another thing Judge Cannon doesn't seem to understand.

The Report and Recommendation should be consider moot. This Court should order the initial filing of a Complaint to a Miscellaneous filing of a Motion or Petition to Confirm an Arbitration Award. All other motions should be vacated or considered moot. Claimant will then refile the contract agreement to arbitration, the Arbitration Award Judgement, and the Arbitrators Declaration, along with Claimants Declaration and Memorandum of Law.

Declare to be true etc.

19 October 2021

**/s/ David Young de God**

**David Young de God**
**688 Reeves Drive, #A**
**Fort Walton Beach, Florida 32547**
**Phone: 850-612-6734**
**Email: ASecretToMoney@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this OBJECTION TO REPORT AND RECOMMENDATION has been furnished to Jacob E. Mitrani, Partner, LIEBLER, GONZALEZ & PORTUONDO, 44 West Flagler Street | Courthouse Tower 25th Floor | Miami, FL 33130 | Tel: (305) 379-0400 | Fax (305) 379-9626 Email: JEM@lgplaw.com | Web: www.lgplaw by email on this date 19 October 2021.

**FROM:**
David Young de Gad
In care of: 688 Reeves Drive #A
Fort Walton Beach, Florida near 32547
(OBJECTion to Recommendation @
Report Order)
Postmarked 19 October 2021

**TO:**
Jessica J. LYUBLANOVITS
Clerk of District Court
1 North Palafox Street
Pensacola, Florida 32502-5658

---

**SHIP TO:**
1 N PALAFOX ST
Pensacola FL 32502-5665

USPS TRACKING #
9505 5116 5276 1292 4764 16

PRIORITY MAIL 1-DAY®
0 Lb 4.60 Oz
1006

US POSTAGE PAID
$0.00
Retail

Origin: 32548
10/19/21
1131200961-88

EXPECTED DELIVERY DAY: 10/20/21
C003