UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID YOUNG DE GOD

    Plaintiffs,

v.                                                                               Case No. 3:21cv919-TKW-HTC

CHARLES W. SCHARF, acting
CEO/President and WELLS FARGO
BANK, N.A.,

    Defendants.

                                                /

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 28) and Plaintiff's objection (Doc. 30). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case is frivolous and is due to be dismissed because there is no plausible basis to conclude that Defendants agreed to arbitrate anything with Plaintiff.[1] The Court also agrees that Rule 11 sanctions are warranted

---

[1] The Court did not overlook the "Counter-Offer #116-97-90390© with Terms and Conditions" (Doc. 15, at 9-30), but that document is mostly gibberish, and simply because Plaintiff repeatedly characterizes the document as a legally binding "contract" does not make it so.

Case No.: 3:21cv919-TKW-HTC

against Plaintiff based on the frivolous nature of this case and his history of filing frivolous suits.  Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss (Doc. 18) is **GRANTED**, and this case is **DISMISSED with prejudice**.

3. Defendants' motion for Rule 11 sanctions (Doc. 17) is **GRANTED in part**, and the Clerk is directed not to accept any future filings from Plaintiff unless he is represented by counsel or he obtains prior leave of court.

4. The Clerk shall terminate all pending motions, enter judgment in accordance with this Order, and close the case file.

5. The Clerk shall not accept any further filings from Plaintiff in this case, except for a notice of appeal.  Any other filings shall be returned to Plaintiff without filing and with reference to this Order.

**DONE and ORDERED** this 25th day of October, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:21cv919-TKW-HTC